1 MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
2 JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
3 AKERMAN LLP
1635 Village Center Circle, Suite 200
4 Las Vegas, Nevada 89134
Telephone: (702) 634-5000
5 Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
6 Email: jared.sechrist@akerman.com

7 *Attorneys for plaintiff Bank of America, N.A*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br>Plaintiff, <br>vs. <br><br>KENSINGTON AT PROVIDENCE HOMEOWNERS ASSOCIATION; SATICOY BAY LLC A/K/A SATICOY BAY LLC SERIES 7112 WHITFORD; and NEVADA ASSOCIATION SERVICES, INC., <br><br>Defendants. | Case No.: 2:16-cv-02184-APG-GWF <br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO OPPOSE MOTIONS FOR SUMMARY JUDGMENT [ECF NOS. 41, 42 and 43]** |

Plaintiff Bank of America, N.A., (**BANA**) and defendants Kensington at Providence Homeowners Association and Saticoy Bay LLC a/k/a Saticoy Bay LLC Series 7112 Whitford respectfully submit the following stipulation to allow all parties twenty one additional days to oppose the pending summary judgment motions, ECF Nos. 41, 42 and 43.

BANA, Kensington and Saticoy Bay all filed summary judgment motions on July 10, 2019. (ECF Nos. 41, 42 and 43.) Oppositions are due July 31, 2019. BANA shall have until **August 20, 2019** to oppose Kensington, and Saticoy Bay's motions for summary judgment, ECF Nos. 42 and 43. Kensington and Saticoy Bay shall have until **August 20, 2019** to oppose BANA's motion for summary judgment, ECF No. 41.

///

///

///

49504793;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

The parties make this stipulation to allow all parties additional time to prepare their opposition briefing. This is the parties' first request to extend the opposition briefing deadlines. This stipulation is not made to cause delay or prejudice to any party.

DATED July 22, 2019.

**AKERMAN LLP**

*/s/ Jared M. Sechrist, Esq.*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff Bank of America, N.A.*

**LEACH KERN GRUCHOW ANDERSON SONG**

*/s/ Ryan W. Reed, Esq.*
SEAN L. ANDERSON, ESQ.
Nevada Bar No. 7259
RYAN W. REED, ESQ.
Nevada Bar No. 11695
2252 Box Canyon Drive
Las Vegas, Nevada 89128

*Attorneys for defendant Kensington at Providence Homeowners Association*

**LAW OFFICE OF MICHAEL F. BOHN**

*/s/ Michael F. Bohn, Esq.*
MICHAEL F. BOHN, ESQ.
Nevada Bar No. 1641
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No. 12294
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074

*Attorneys for defendant Saticoy Bay LLC Series 7112 Whitford*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: July 22, 2019.

49504793;1