MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for plaintiff and counter-defendant
Bank of America, N.A.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> KENSINGTON AT PROVIDENCE HOMEOWNERS ASSOCIATION; SATICOY BAY LLC A/K/A SATICOY BAY LLC SERIES 7112 WHITFORD; and NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.: 2:16-cv-02184-APG-EJY <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| SATICOY BAY LLC A/K/A SATICOY BAY LLC SERIES 7112 WHITFORD, <br><br> Counter-claimant, <br><br> v. <br><br> BANK OF AMERICA, N.A., <br><br> Counter-defendant. | |

Plaintiff and counter-defendant Bank of America, N.A. (**BANA**), defendant Kensington at Providence Homeowners Association, and defendant and counterclaimant Saticoy Bay LLC a/k/a Saticoy Bay LLC Series 7112 Whitford stipulate to dismiss all claims in this action, with prejudice.

///

///

///

1

51351168;1

Each party shall bear its own attorneys' fees and costs.

DATED: March 3, 2020.

| **AKERMAN LLP** | **LAW OFFICE OF MICHAEL F. BOHN** |
|---|---|
| */s/ Nicholas E. Belay, Esq.* | */s/ Adam R. Trippiedi, Esq.* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15175<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>ADAM R. TRIPPIEDI, ESQ.<br>Nevada Bar No. 12294<br>2260 Corporate Circle, Suite 480<br>Henderson, Nevada 89074 |
| *Attorneys for plaintiff and counter-defendant Bank of America, N.A.* | *Attorneys for defendant and counterclaimant Saticoy Bay LLC Series 7112 Whitford* |

**LEACH KERN GRUCHOW ANDERSON SONG**

*/s/ Ryan W. Reed, Esq.*
SEAN L. ANDERSON, ESQ.
Nevada Bar No. 7259
RYAN W. REED, ESQ.
Nevada Bar No. 11695
2252 Box Canyon Drive
Las Vegas, Nevada 89128

*Attorneys for defendant Kensington at Providence Homeowners Association*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: 3/4/2020

2

51351168;1